AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

## UNITED STATES DISTRICT COURT
for the
**Northern District of CA**

United States of America )
v. ) Case No. **CR09-MJ-70146 RS**
**Chockalingham Palaniappan** )
*Defendant* ) Charging District:
) Charging District's Case No.

FILED MAR 02 2009
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are: **Mag. Ross A. Walters**

| Place: **United States District Court, Southern District of Iowa, U.S. Courthouse, 123 E. Walnut St., Des Moines, Iowa 50309-2038** | Courtroom No.: **Room 460, 4th Floor** |
| | Date and Time: **3/6/09 @ 9:30 AM** |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: **3/2/09**

_Patricia V. Trumbull_
*Judge's signature*

**PATRICIA V. TRUMBULL**
*Printed name and title*